| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>DAMIEN NICHOLAS TANCREDI (DT 1383)<br>FLASTER/GREENBERG P.C.<br>Commerce Center<br>1810 West Chapel Avenue<br>Cherry Hill, NJ 08002-4609<br>Attorneys for John W. Hargrave, Chapter 7 Trustee | |
| In re:<br><br>Shirley Rose Marie Keintz,<br><br>                                   Debtor. | Case No. 17-24341-CMG<br><br><br>Chapter 7 |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

The relief set forth on the following page, numbered two (2) and three (2), is hereby

**ORDERED**.

**(Page 2)**

| | |
|---|---|
| Debtor: | Shirley Rose Marie Keintz, |
| Case No.: | 17-24341-CMG |
| Caption: | <u>ORDER AUTHORIZING SALE OF REAL PROPERTY</u> |

After review of the Trustee's Motion for authorization to sell real property located at 144 Lowell Avenue, Hamilton, NJ (the "Motion" and the "Property", respectively),

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the Agreement of Sale annexed to the Motion as Exhibit "A" pursuant to 11 U.S.C. §§ 363(b) and 1303. Title to the Real Property shall be conveyed by both the Debtor and the Chapter 7 Trustee.

2. The proceeds of the Sale must be used to satisfy the liens on the Real Property.

3. The Sale of the Property is free and clear of liens, claims, and encumbrances pursuant to 11 U.S.C. § 363(f) and such liens, claims, and encumbrances shall attach to the proceeds of the Sale.

4. A 6% realtor's commission due to Keller Williams Realty with 2.5% of that to be paid to Realty Mark Central from the Sale may be paid at closing.

5. Other closing fees payable by the Debtor may be satisfied from the proceeds of the sale and adjustments to the price as provided for the contract of sale may be made at closing.

6650417 v1

2